UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                CASE NO. 18-21407-JKO
                                                                              CHAPTER 13
Iris Pereyra
_____/

**MOTION TO AVOID JUDICIAL LIEN OF ASSET ACCEPTsNCE, LLC ON HOMESTEAD PROPERTY AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

COME NOW, the Debtor Iris Pereyra, by and through the undersigned attorney, and moves this court to avoid a judicial lien, pursuant to 11 U.S.C. 522(f)(1) and Local Rules 4003-2 and 5010-1(F), and in support states as follows:

1. On September 17, 2018 Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.
2. The 341 Meeting of Creditors was held on November 28, 2018.
3. The Debtor claimed homestead property as exempt located at 3989 SW 153rd Avenue, Miramar, FL 33027 and is more particularly described as follows: Lot 39 OF Biscayne at Huntington, a portion of Parcel G, "Replat of Country Lakes Section 1" According to the Plat Thereof, As Recorded in Plat Book 145, Page 25 of the Public Records of Broward County, Florida. Parcel ID# 5140-28-09-0390.
4. The time period to object to exemptions has expired
5. The following Default Final Judgment in favor of Asset Acceptance, LLC was recorded in the Public Records of Broward County, Florida under Case No.: CONO 104959 73 on August 11, 2010 in the amount of $4,878.74 on account of a pre-petition debt which is dischargeable, a copy of which is attached hereto as Exhibit "A".
6. The recordation of the judgments creates the appearance of a judicial lien which impairs an exemption to which the Debtor would otherwise be entitled under 522(f)(1) of the Bankruptcy Code.
7. The Debtor is seeking the entry of an Order avoiding the judicial liens on exempt homestead property.

WHEREFORE, Debtor, Iris Pereyra, prays that this court grant the relief requested based on the aforementioned grounds.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was furnished to all parties on the Service List below, in the manner noted therein, this 28th day of December 2018.

Dated:  December 28, 2018

DCS Law Group
Elias Dsouza, Esquire
Attorneys for Debtor(s)
8751 W. Broward Blvd Ste 301
Plantation, FL 33324

(954) 358-5911
Email: elias@dsouzalegal.com

By:  /s/ Elias L. Dsouza, Esquire
     Elias L. Dsouza
     Florida Bar No. 399477

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**Service list:**

**VIA CM/ECF:**

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Via U.S Certified Mail:**
Asset Acceptance, LLC
POB 9065
Brandon, FL 33509

**Via U.S Certified Mail:**
Asset Acceptance, LLC
c/o Mr. Rion B. Needs (President)
320 E. Big Beaver Road Ste 300
Troy, MI 48083

**Via U.S Certified Mail:**
Midland Credit Management, Inc.
as agent for Asset Acceptance, LLC.
POB 2036
Warren, MI 48090

**Via Certified US Mail:**
Midland Credit Management, Inc.
Registered Agent for Asset Acceptance
8875 Hidden River Pkwy Ste 100
Tampa, FL 33637

**Via Certified US Mail:**
Asset Acceptance, LLC
c/o Rodolfo J. Miro, Esquire
1250 E. Hallandale Beach Blvd, Ste 409
Hallandale, FL 33309

**Via US Mail:**
Iris Pereyra (Debtor)
3989 SW 153rd Avenue
Miramar, FL 33027

CFN # 109574015, OR BK 47364 Page 1203, Page 1 of 1, Recorded 09/09/2010 at 03:59 PM, Broward County Commission, Deputy Clerk 3370

Case 18-21407-JKO    Doc 55    Filed 12/28/18    Page 3 of 3

# IN THE COUNTY COURT,
## IN AND FOR BROWARD COUNTY, FLORIDA
### CIVIL DIVISION

ASSET ACCEPTANCE LLC

    Plaintiff,

vs.                       Case No. 104959CONO 73

IRIS V PEREYRA

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT

This action was heard after entry of default against the defendant and

ORDERED AND ADJUDGED that the default is entered against the defendant for failure to appear at the pretrial on June 14, 2010. FURTHER:

IT IS ADJUDGED that plaintiff, ASSET ACCEPTANCE LLC, PO BOX 9065 BRANDON FL 33509 recover from Defendant IRIS V PEREYRA, 3989 SW 153RD AVE , MIRAMAR, FL 330273380, in the sum of $3,248.57 on principal, $1,290.17 as prejudgment interest, with costs of $340.00, less $0.00 in payments, for a total sum of $4,878.74, for all of which let execution issue and which sum shall bear interest at the rate of 6.00% per year.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant(s) shall complete Florida Small Claims Rules Form 7.343 (Fact Information Sheet) and return it to the Plaintiff's attorney within forty five (45) days from the date of this Final Judgment, unless the Final Judgment is satisfied or a motion for new trial or notice of appeal is filed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the defendant(s) to complete form 7.343 and return it to the plaintiff's attorney.

DONE AND ORDERED in chambers at BROWARD County, Florida on this __11__ day of __August__, 2010.

_____
JUDGE

Copies furnished to:
Plaintiff, ASSET ACCEPTANCE LLC,
PO BOX 9065
BRANDON FL 33509

Iris V Pereyra
3989 Sw 153Rd Ave
Miramar, FL 33027-3380
*Defendant*

FL_0420G Account No.: ▇▇▇▇▇